# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KENNY J. PENA AND SANDRA A.
GARRIDO

NO. 2019 CW 1464

VERSUS

STAR INDEMNITY AND LIABILITY
COMPANY, STRANCO SOLID WASTE
MANAGEMENT COMPANY, L.L.C.,
AND DAVID ESTRADA

**FEB 1 0 2020**

---

In Re: Kenny J. Pena and Sandra A. Garrido, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 674434.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DISMISSED.** Advising the court that the parties have settled the matters among them, relators, Kenny J. Pena and Sandra A. Garrido, have filed a motion to withdraw their application for supervisory writs. Accordingly, we dismiss the writ application.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT